UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JOSE MARIA GARCIA ZELAYA, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:26-cv-278-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| JEFF TINDALL, | ) | **ORDER REMANDING HEARING** |
| In his official capacity as Jailer, Oldham | ) | |
| County Detention Center, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Motion to Cancel Hearing, [R. 7].  In their motion, the parties advise that the hearing can be cancelled as "[t]he parties are not aware of any relevant factual disputes."  *Id.* at 1.  Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.  The parties' Joint Motion to Cancel Hearing, [**R. 7**], is **GRANTED**.

2.  The **Hearing** scheduled for Monday, April 27, 2026, is **REMANDED** from the Court's docket.

3. Petitioner having filed his reply, [R. 8], this matter stands submitted to the Court.

This the 21st day of April, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:      Counsel of Record